# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**DARIA JEAN DELONG**,

    Plaintiff,

v.                                                                                           8:20-cv-753-NPM

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.

---

## ORDER

Having obtained an award of benefits, Daria Jean DeLong requests a fee award pursuant to 42 U.S.C. § 406(b). (Doc. 28). Section 406(b) allows an award of a reasonable fee—not to exceed twenty-five percent of the claimant's past-due benefits—for work performed before the court. And for the reasons stated in DeLong's motion, the requested fee award is reasonable.

Accordingly, the unopposed fee motion (Doc. 28) is **GRANTED**, and the clerk is directed to amend the judgment in favor of DeLong to include a fee award of $5,642.75.[1]

**ORDERED** on October 27, 2023.

*/s/ Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

---

[1] Because DeLong's counsel previously retained the $2,951.58 in fees awarded to DeLong under the Equal Access to Justice Act ("EAJA"), they must refund the EAJA fees to DeLong.